In the Matter of RELMAR OPERATING CORPORATION, Appellant. ISIDORE R. ROFFER et al., Doing Business under the Name of OLIVE COAT COMPANY, Respondents.

Argued September 30, 1947; decided October 9, 1947.

*Morway Picket* for appellant.

*Alexander Rothstein, Samuel Friedman* and *Frederick L. Hackenburg, Jr.,* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.